UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

IN RE: ) CHAPTER 7
)
RICHARD CAIRES )
) CASE NO. 19-50934
)
DEBTOR )
) FEBRUARY 4, 2020

## OPPOSITION TO AFFIDAVIT IN SUPPORT OF PERMISSION TO APPEAL *IN FORMA PAUPERIS*

Creditor, JPMorgan Chase Bank, N.A. ("JPMC") hereby responds to the "Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis" filed by Debtor, Richard Caires ("Caires").[1] JPMC respectfully submits that Caires' request is not made in good faith as required under 28 U.S.C. § 1915, and therefore must be denied. In fact, the affidavit presents an incomplete and substantively false portrait of Caires' financial situation. JPMC further submits that, independent of these deficiencies, this Court should not allow *Caires* to proceed *in forma pauperis* given his history of frivolous litigation practices throughout the lifespan of this matter, in multiple state and federal courts over the last ten years, as this Court's recent ruling granting JPMC's Motion for Stay Relief amply documents. *See* Document No. 64, pp. 3-8.

As a procedural matter, Caires' request to proceed in *forma pauperis* is presumably sought in accordance with 28 U.S.C. § 1915, which requires that the affiant "...state the nature of the action, defense or appeal and affiant's belief that the person is

---

[1] Although a motion is referenced, counsel has not received, and the docket does not reflect, that any such motion has been filed.

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103


HALLORAN
SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

entitled to redress." Caires' Affidavit fails to comply even with this basic procedural requirement of the statute. That said, any attempt at curing this deficiency would be futile, as Caires' request is substantively without merit and must be denied pursuant to 28 U.S.C.A. § 1915(a)(3) because it is not taken in "good faith."

As reflected within the allegations contained within JPMC's pending Adversary Proceeding related to this bankruptcy (Case No. 19-05026), discovery in the Connecticut superior court litigation has revealed that Caires has engaged in a troubling pattern of failing to properly disclose assets, income, and material information in connection with both that case and his pending bankruptcy, a pattern which continues with this attempt at seeking *in pauperis* status. Indeed, JPMC has obtained financial records from third party financial institutions which appear to reflect the fact that Caires has failed to disclose multiple sources of income, sometimes exceeding $20,000/month, over the last several years. See Adversary Complaint, Count Two, ¶ 18b. Caires has failed to even disclose to this Court such basic information relating to his status as a Florida resident (including a Florida driver's license), as well as material information related to a true and complete listing of his financial assets. *Id.*, Count Two. If required, JPMC will present such information to this Court in connection with any hearing in this matter, with suitable protections for the confidentiality of Caires' financial information.

Moreover, in contrast to a prior Application for Waiver of Fees filed with the state court (which that court ultimately denied) in which Caires explained how he has the financial wherewithal to  support continuing to live in a multi-million dollar property in Greenwich, Connecticut with "I borrow money from friend and family," see Exh. A

- 2 -



Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

attached hereto, he fails to provide any meaningful financial disclosure sufficient to support the instant request. Caires also fails to explain how, pursuant to Paragraph 12 of his Affidavit "the excessive debt claimed in contested foreclosure causing increased cost of living expenses" has any effect on this matter particularly where, as this Court has already found, he has not made a mortgage payment in almost eleven years. *See* Document No. 64, p. 10.

Pursuant to 28 U.S.C.A. § 1915, the Court "…shall dismiss the case at any time if the court determines that….(B) the action or appeal (i)is frivolous or malicious." This Court has already amply found Caires' litigation conduct surrounding this matter to qualify under either standard, in, *inter alia*, agreeing with JPMC's contention that "…Caires has filed multiple bankruptcy cases as part of a scheme to delay, hinder, or defraud JPMorgan's efforts to complete the Superior Court Foreclosure Action. *See* Document No. 64, p. 11. To the extent that Caires requests this Court to allow him to proceed with a district court appeal *in forma pauperis*, this factor also militates against the propriety of such a request, as Caires' litigation conduct demonstrates that his most recent effort to continue this matter is not undertaken with the requisite level of good faith.

Accordingly, JPMC respectfully requests that this Court deny any request by Caires to proceed *in forma pauperis* and certify in writing that such an appeal is not taken in good faith, pursuant to 28 U.S.C.A. § 1915(a)(3).

- 3 -

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

 HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

CREDITOR,
JPMORGAN CHASE BANK, N.A.

By /s/ Brian D. Rich
   Brian D. Rich
   Fed. Bar No. ct 24458
   HALLORAN & SAGE LLP
   225 Asylum Street
   Hartford, Connecticut 06103
   Phone: 860-522-6103
   Fax: 860-548-0006
   Email: rich@halloransage.com

- 4 -



Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

## CERTIFICATION

This is to certify that on the 4th day of February, a copy of the foregoing was electronically filed and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                   /s/ Brian D. Rich
                                                  Brian D. Rich

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103
6314840v.1


HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

# EXHIBIT A

**APPLICATION FOR WAIVER OF FEES/APPOINTMENT OF COUNSEL — FAMILY**
JD-FM-75 Rev. 2-15
C.G.S. §§ 48b-231, 52-259b
P.B. §§ 8-2, 25-63

This form must be used only for family and family support magistrate matters. For civil, housing and small claims matters, use form JD-CV-120.

**To: The Superior Court**

**Instructions to person asking to have the fees waived or for appointment of an attorney (applicant)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is pending.
4. If your application for fees payable to the court or for costs of service of process is denied, you may ask for a hearing on the application.

**Instructions to Clerk**
1. Bring completed form to a judge or, if applicable, to a family support magistrate.
2. If the application is granted, notify the applicant and counsel, if appointed.
3. If the application for fees payable to the court or for costs of service of process is denied, and upon the request of the applicant, schedule a hearing on the application.

**STATE OF CONNECTICUT SUPERIOR COURT**
www.jud.ct.gov

Name of case: Caires Richard v J.P. Morgan Chase NA
Docket number: FST-CV09-6002651-S
Judicial District: Stamford
Address of court: 123 Hoyt ST Stamford CT
Name of applicant: Caires, Richard
Address of applicant: 634 North ST Greenwich CT 06830
Telephone: 914-879-0037

Type of proceeding ("x" all that apply):
- [ ] Contempt
- [ ] Dissolution of Marriage (Divorce)
- [ ] Dissolution of Civil Union
- [ ] Motion to Open or Modify
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [ ] Paternity
- [x] Other (Specify): Civil

## Fee Waiver

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. ("X" all that apply)
- [ ] Entry fee (fee to file case)
- [x] Costs of service of process (delivery of papers by state marshal or other proper officer)
- [ ] Filing fee (fee to file motion, etc.)
- [ ] Costs for participating in parenting education under C.G.S. § 46b-69b
- [x] Other (For example costs of notice by publication or for a certified copy of judgment, etc.) (Specify): Transcripts

## Appointment of Counsel (This applies only in a contempt proceeding or to the putative father in a paternity proceeding.)
- [ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

**1. Dependents** (another person who is supported by you)
Total number of dependents (not including yourself): 0

**2. Monthly Income**
A. Gross monthly income (before deductions): 0
B. Net monthly income after taxes from monthly employment: 0
C. Other income (for example, TANF, Social Security, child support, alimony, etc.) (Specify which one(s) here): 
Total Monthly Income (B+C)*: 

**3. Monthly Expenses**
A. Rent/Mortgage: 
B. Real Estate Taxes: 
C. Utilities (telephone, fuel heat, electric, water, gas, cable, etc.): 1200
D. Food (less SNAP (food stamps), if any): 700
E. Clothing: 200
F. Insurance Premiums (medical/dental, auto, life, home): 
G. Medical/Dental: 450
H. Transportation (bus, gasoline, etc.): 280
I. Child Care: 
J. Other (medical, dental, child support paid, alimony paid, etc.) (Specify): 
Total Monthly Expenses*: 1,730

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | 8,000,000 | 8,800,000 | Real Estate: 0 |
| B. Motor Vehicles | 1000 | | Motor Vehicle: 1,000 |
| C. Other Personal Property (for example, jewelry, furniture, etc.) | | | Other Property |
| D. Savings Account Balance (Total of all accounts) | | | Savings |
| E. Checking Account Balance (Total of all accounts) | | | Checking: 1853 |
| F. Cash | | | Cash: 0 |
| G. Other Assets (Specify): | | | Other Assets: 0 |
| | | Total Assets | 2853 |

**5. Liabilities/Debts** (for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| | | |

Total Liabilities:

*If you claim zero Total Monthly Income or Expenses, explain how you are supported: I borrow money from friends & family

2018 OCT 19 P 2: 23 SUPERIOR COURT STAMFORD-NORWALK JUDICIAL DISTRICT

Page 1 of 2

566.00

I certify that the information on page 1 is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed on page 1.

**Notice ▶** Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| *(signature)* | Richard Caires | 10-19-2018 |

| Subscribed and sworn to before me: | On (Date) 10/19/18 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) *(signature)* |
|---|---|---|

## Order

The Court, having found the applicant ("X" all that apply): ☒ Not indigent  ☐ Indigent and unable to pay

☐ Indigent or unable to pay for parenting education program under C.G.S. § 46b-69b, hereby orders the application:
☐ Granted as follows:
   1. The following costs are ordered paid by the State
      ☐ Costs of service of process not to exceed: $ _____
      ☐ Other (Specify): _____
   2. The following fees are waived  ☐ Entry fee  ☐ Filing fee  ☐ Other (Specify): _____
   3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.
   4. Counsel is  ☐ Appointed (Name): _____

☐ Denied. If denied only in part, specify: _____
☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.
☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) | On (Date) | Signed (Judge, FSM, Assistant Clerk) | Date signed |
|---|---|---|---|
| Robert L Genuario | 10/26/18 | *(signature)* | 10/26/18 |

## Request For Hearing On Denied Application

The following section applies only to a denial of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.

☒ I request a court hearing on the application.

| ▶ Signed (Applicant) *(signature)* | Date signed 10/31/18 |
|---|---|

Hearing to be held at the Court location shown on page 1 on the date and time shown below:

| Hearing on (Date) | At (Time) | Room number | Signed (Assistant Clerk) |
|---|---|---|---|
| 12/10/18 | 9:30 AM | 6B | Eden Cendra |

## Order After Hearing

The Court, having found the applicant  ☒ Not indigent  ☐ Indigent and unable to pay  hereby orders the application:
☐ Granted as follows:
   ☐ 1. The following costs are ordered paid by the State
      ☐ Costs of service of process not to exceed $ _____
      ☐ Other (Specify): _____
   ☐ 2. The following fees are waived  ☐ Entry fee  ☐ Filing fee  ☐ Other (Specify): _____

☒ Denied for the following reason(s): _____
☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court (Print or type name of Judge/FSM) | On (Date) | Signed (Judge, FSM, Assistant Clerk) | Date signed |
|---|---|---|---|
| Robert L Genuario | 12/10/18 | *(signature)* | 12/10/18 |

JD-FM-75 Rev. 2-15                     Page 2 of 2